# Third District Court of Appeal

## State of Florida

Opinion filed April 26, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D17-668
Lower Tribunal No. 08-20754A
_____

**Mitchell Simpson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Alan S. Fine, Judge.

Mitchell Simpson, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before ROTHENBERG, EMAS, and FERNANDEZ, JJ.

PER CURIAM.

Mitchell Simpson ("the defendant") appeals the trial court's order denying his motion for postconviction relief, in which he alleged four grounds that

cumulatively support his claim for ineffective assistance of trial counsel, requiring a new trial. As we conclude that the defendant's arguments are without merit and/or refuted by the record, and the defendant has failed to meet his burden under Strickland v. Washington, 406 U.S. 668 (1984), we affirm.

Affirmed.